4 Pages

LAW OFFICE OF COWAN & BRADY
David M. Brady - CA Bar No. 70246
280 Hemsted Drive, Ste. B
Redding CA 96002
Telephone: (530) 221-7300
Fax: (530) 221-7389
Email: office@dcowanlaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re

JOHN GERARD KRZYWICKI

       Debtor

_____/

Case No. 17-23294-B-7

STIPULATION AS TO
NONDISCHARGEABILITY OF
DEBT OF ERIC KRZYWICKI

     Comes now the debtor, John Gerard Krzywicki (hereinafter Debtor) and the claimant Eric Krzywicki (hereinafter Claimant) and do hereby settle and release each other from all claims arising between the Debtor and the Claimant. This Settlement Agreement and Release is made effective the 15th day of August, 2017, by and between the Debtor and the Claimant. This document contains the compromise between Claimant and the Debtor, resolving all issues regarding Claimant's claim pursuant to a judgment issued by the California Labor Board as noted in the Debtors Chapter 7 bankruptcy petition.

FACTS

     The Debtor, filed a Chapter 7 bankruptcy on May 15, 2017. One of the motivating factors in that filing was a debt owed to the claimant pursuant to a judgment issued by the California Labor Board in the amount of $42,000.

1

Prior to the filing of the Debtor's Chapter 7 Bankruptcy the Claimant had put $22,000 into the Debtor's business.

On June 3, 2017, the Claimant filed a Motion To Abandon Business. An appropriate opposition was filed by the trustee. In conversations with the attorney for the claimant it was clear that the Claimant would be filing an adversary complaint in order to test the dischargeability of the debt owed to the claimant.

On September 12, 2017, the discharge was issued in this matter. Prior to said discharge the parties had entered into the agreement that is set forth in this document.

The parties wish to buy their piece and to avoid any further or future expenses in this matter.

RESOLUTION

In resolution of this matter the following recitals make up the entire settlement agreement between the Debtor and Claimant.

1.      The Debtor and the Claimant have agreed to resolve this matter by a stipulated judgment in the amount of $45,000. Said judgment is against the debtor and in favor of the creditor via a lump sum payment of $30,000 from the Debtor to the Creditor within 30 days of the approval of this stipulation by the Bankruptcy Court. Thereafter upon completion of the Bankruptcy Case and the payment of any monies by the Chapter 7 Trustee to the Claimant, the debtor agrees and stipulates that he will make up the difference between what the Chapter 7 Trustee pays to the Claimant and the overall nondischargeable judgment of $45,000. Both counsel for the Debtor and counsel for the Claimant has spoken with the Chapter 7 Trustee and it is clear that some money will be paid by the Chapter 7 Trustee to the Claimant but the exact amount is unknown at this time.

ACKNOWLEDGMENT OF COMPLETE SETTLEMENT

The claimant acknowledges that upon completion of the above actions by the Debtor it is agreed that such actions shall constitute a full and complete settlement of all claims released

2

1  pursuant to this agreement.

2                          RELEASE OF CLAIMS

3          The claimant hereby releases and discharges the Debtor, John Gerard Krzywicki and his

4  respective current and former predecessors, successors, parents, affiliates, subsidiaries, agents,

5  employees, officers, directors, shareholders, attorneys, investors (all of the foregoing being

6  referred to collectively herein as the Releasees) from all claims of any kind (including any claims

7  for damages, interest, fees and/or attorneys fees), that Claimant may have with respect to the

8  allegations contained in the Judgment and any and all claims regarding the Debtor, the Debtors

9  business, or any successor to that business. This agreement is intended to resolve forever the

10  entire disagreement between the Debtor (and any and all Releasees), and the Claimant, and all

11  Releasees and Debtor which are intended as beneficiaries of this release and entitled to enforce it.

12  The claimant agrees not to assert any claims in any court or other forum including any state

13  licensing board, Contractors Board or labor board or other administrative arena against the

14  Debtor and or Releasees for any matter within the scope of the releases contained herein.

15                          DENIAL OF LIABILITY

16          The Debtor does not admit any liability to Claimant by signing this agreement.

17                          CONFIDENTIALITY

18          The parties agree that the terms of this agreement shall be and remain confidential and

19  shall not be disclosed to anyone not a party to this agreement, without a valid legal reason.

20  Notwithstanding the foregoing, either party may disclose the terms of this agreement to a

21  regulatory agency if requested by such agency. Furthermore, this agreement does not prevent the

22  parties from disclosing the terms of this agreement to their tax professionals or lawyers to review

23  it for tax purposes or in any legal proceeding brought for enforcement or due to a breach of this

24  agreement. Each party in the respective counsel agreed to maintain the confidentiality of any

25  information not otherwise in the public domain provided by the other parties during the

26  settlement of this matter, and will further maintain the confidentiality of statements made and

27

28                                       3

1   acts taken during the negotiation of this agreement.

COMPLETE AGREEMENT

This agreement is the complete agreement between the Debtor and the Claimant concerning their disagreement. The debtor and the claimant have made no other agreement, written or oral related thereto.

EXECUTION IN COUNTERPARTS

This agreement may be executed in one or more counterparts, which may be original informed or facsimile copies, any and all of which shall be taken collectively to constitute one agreement binding on the parties.

UNDERSTANDING OF AGREEMENT

Both the Debtor and the Claimant state that they have read, understood, and agreed to the terms of this agreement, and have discussed it with their attorney.

Dated:

                         David M. Brady, Attorney for Debtor

Dated: 1/10/2018

                         John Krzywicki, Debtor

Agreed as to confindentiality

Dated: 12/20/2017

                         Bruce Dwiggins, Attorney for Creditor/Claimant

Dated: 12/20/2017

                         Eric Krzywicki, Creditor