1Page

LAW OFFICE OF COWAN & BRADY
David M. Brady - CA Bar No. 70246
280 Hemsted Drive, Ste. B
Redding CA 96002
Telephone: (530) 221-7300
Fax: (530) 221-7389
Email: office@dcowanlaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re　　　　　　　　　　　　　　　Case No. 17-23294-B-7

JOHN GERARD KRZYWICKI

　　　Debtor　　　　　　　　　　　REQUEST TO WITHDRAW THE
_____/　　STIPULATION AS TO
　　　　　　　　　　　　　　　　　NONDISCHARGEABILITY OF
　　　　　　　　　　　　　　　　　DEBT OF ERIC KRZYWICKI

The debtor's attorney, David M. Brady and creditor's attorney, Bruce Dwiggins request that the Stipulation As To Nondischargeability Of Debt Of Eric Krzywicki filed on February 15, 2018 be withdrawn. Said document was filed due to inadvertence and mistake. Both parties will be available for the OSC Hearing, absent notification from the court that appearance will not be necessary.

Dated: February 28, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David M. Brady, Attorney for Debtor

Dated: February 28, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Bruce Dwiggins, Attorney for Creditor/Claimant

1