**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re                                          ) Case No. 17-23294 - B - 7
John Gerard Krzywicki,                         ) Docket Control No.
                          Debtor.              ) Document No. 48
                                               ) Date: 03/13/2018
                                               ) Time: 9:30 AM
_____ ) DEPT: B

**Order**

Findings of fact and conclusions of law having been stated orally on
the record and good cause appearing.

IT IS ORDERED that the Order to Show Cause is DISCHARGED, no
sanctions are ordered.  Resolved without oral argument.

**Dated:** March 13, 2018

Christopher D. Jaime, Judge
**United States Bankruptcy Court**

[48] - Order to Show Cause ; This order is Transmitted to BNC for Service. Show Cause hearing to
be held on 3/13/2018 at 09:30 AM at Sacramento Courtroom 32, Department B (jbrm) Additional
attachment(s) added on 2/20/2018 (jbrm).