# UNITED STATES BANKRUPTCY COURT
EASTERN **DISTRICT OF** CALIFORNIA

In re:                                       §
                                             §
KRZYWICKI, JOHN GERARD                        §        Case No. 17-23294 B
                                             §
                         Debtor              §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/15/2017 . The undersigned trustee was appointed on 05/15/2017 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                  $          585,783.55

         Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 86,987.98 |
| Bank service fees | 2,523.27 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 100,000.00 |

         Leaving a balance on hand of[1]          $          396,272.30

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  10/06/2017  and the deadline for filing governmental claims was  10/15/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,955.63 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 12,955.63 , for a total compensation of $ 12,955.63 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 138.25 , for total expenses of $ 138.25 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2020_____   By:/s/John W. Reger_____
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No:  17-23294   B   Judge: Christopher D. Jaime

Case Name:  KRZYWICKI, JOHN GERARD

For Period Ending: 02/11/20

Trustee Name:  John W. Reger

Date Filed (f) or Converted (c):  05/15/17 (f)

341(a) Meeting Date:  07/05/17

Claims Bar Date:  10/06/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/6 interest in trust | 272,000.00 | 272,000.00 | | 571,940.00 | FA |
|    one piece of comm property. | | | | | |
| 2. 1/6 land pioneer ca | 1,333.00 | 1,333.00 | | 0.00 | FA |
|    1/6 interest with cma ReviewNot worth administering | | | | | |
| 3. lot, tuolumme co. | 0.00 | 0.00 | | 0.00 | FA |
|    cma 20,000.00. debtor has 1/6/ interest.Not worth administering | | | | | |
| 4. 06 ford 1 ton van | 6,049.00 | 0.00 | | 0.00 | FA |
| 5. 08 ford van | 8,017.00 | 0.00 | | 0.00 | FA |
| 6. 97 fprd van | 1,121.00 | 0.00 | | 0.00 | FA |
| 7. 99 ford vna | 1,314.00 | 0.00 | | 0.00 | FA |
| 8. 2012 ford pu | 19,634.00 | 0.00 | | 0.00 | FA |
| 9. 07 honda mc | 500.00 | 0.00 | | 0.00 | FA |
| 10. 05 ut trailer | 500.00 | 0.00 | | 0.00 | FA |
| 11. 00 ut trailer | 100.00 | 0.00 | | 0.00 | FA |
| 12. 57 carrier | 50.00 | 50.00 | | 0.00 | FA |
|    Not worth administering | | | | | |
| 13. guns | 1,850.00 | 0.00 | | 0.00 | FA |
| 14. CASH ON HAND | 253.00 | 0.00 | | 0.00 | FA |
| 15. OFFICE EQUIPMENT, FURNISHINGS, AND | 2,698.00 | 0.00 | | 0.00 | FA |
| 16. MACHINERY, FIXTURES, AND BUSINESS E | 2,865.00 | 0.00 | | 0.00 | FA |
| 17. inventory | 350.00 | 0.00 | | 0.00 | FA |
| 18. SECURITY DEPOSITS | 800.00 | 0.00 | | 0.00 | FA |
| 19. 401k | 9,575.07 | 0.00 | | 0.00 | FA |
| 20. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 21. JEWELRY | 26.00 | 0.00 | | 0.00 | FA |
| 22. HOUSEHOLD GOODS AND FURNISHINGS | 1,139.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit A

Case No:    17-23294    B    Judge: Christopher D. Jaime

Case Name:    KRZYWICKI, JOHN GERARD

Trustee Name:    John W. Reger

Date Filed (f) or Converted (c):    05/15/17 (f)

341(a) Meeting Date:    07/05/17

Claims Bar Date:    10/06/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. insurance claim re business theft (u)  7/16/17 debtors attorney advised claim may be paid and debtor aware is property of estate. | 0.00 | 13,843.55 | | 13,843.55 | FA |
| 24. fraudulent transfer of cash into corp acct. (u)  per debtor attorney on 7/14/17.Not worth administering | 0.00 | 5,000.00 | | 0.00 | FA |
| 25. tricounties bank | 0.00 | 0.00 | | 0.00 | FA |
| 26. C20 sub contractors lic  no value | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $330,274.07    $292,226.55    $585,783.55    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 16, 2017, 09:12 am work on deal re debtors 1/6th interest in propertiesOctober 10, 2017, 10:48 am claims reviewOctober 17, 2017, 01:53 pm claims again with update.June 15, 2018, 09:28 am inherited property in escrow, and awaiting determination as to any pay out to debtor and estate.July 09, 2018, 11:34 am dacquisto will tell trustee that need 150,000.00 to take care of all claims.October 05, 2018, 11:37 am awaiting last distributuion.November 06, 2018, 08:43 am last distributio to occur in 2019.December 17, 2018, 11:01 am work on tax issues with CPA.April 17, 2019, 03:00 pm debtor and bruce dwiggins re claim.debtors 2016 taxes to be compele by may 2019 per debtor.

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 17-23294 -B
Case Name: KRZYWICKI, JOHN GERARD

Taxpayer ID No: *******0017
For Period Ending: 02/11/20

Trustee Name: John W. Reger
Bank Name: Union Bank
Account Number / CD #: *******8434 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 40,538,028.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/17 | 23 | State Farm | insurance claim | 1249-000 | 13,843.55 | | 13,843.55 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 13,828.55 |
| 09/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 20.57 | 13,807.98 |
| 10/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 19.88 | 13,788.10 |
| 11/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 20.52 | 13,767.58 |
| 12/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 19.83 | 13,747.75 |
| 01/08/18 | 001001 | INTERNATIONAL SURETIES, LTD. Stuite 420 701 Poydras St. New Orleans, LA 70139 | Bond Premium Paid | 2300-000 | | 5.42 | 13,742.33 |
| 01/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 20.46 | 13,721.87 |
| 02/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 20.42 | 13,701.45 |
| 03/09/18 | 1 | Krzywicki Trust | interest in trust | 1129-000 | 10,000.00 | | 23,701.45 |
| 03/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 18.42 | 23,683.03 |
| 04/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 29.95 | 23,653.08 |
| 05/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 34.06 | 23,619.02 |
| 06/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.14 | 23,583.88 |
| 07/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 33.96 | 23,549.92 |
| 08/07/18 | 1 | Krzywicki trust | trust distribution | 1129-000 | 50,000.00 | | 73,549.92 |
| 08/27/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 35.04 | 73,514.88 |
| 09/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 92.53 | 73,422.35 |
| 10/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 105.71 | 73,316.64 |
| 11/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 109.09 | 73,207.55 |
| 12/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 105.43 | 73,102.12 |
| 12/28/18 | 1 | Krzywicki Trust | trust distribution | 1129-000 | 511,940.00 | | 585,042.12 |
| 01/09/19 | 001002 | INTERNATIONAL SURETIES, LTD. Stuite 420 701 Poydras St. | bond 2019 | 2300-000 | | 279.53 | 584,762.59 |

Page Subtotals     585,783.55     1,020.96

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

Case No:          17-23294  -B

Case Name:     KRZYWICKI, JOHN GERARD

Taxpayer ID No:      *******0017

For Period Ending:  02/11/20

Trustee Name:                    John W. Reger

Bank Name:                        Union Bank

Account Number / CD #:      *******8434  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):    $ 40,538,028.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA   70139 | | | | | |
| 01/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 133.32 | 584,629.27 |
| 02/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 869.26 | 583,760.01 |
| 03/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 784.68 | 582,975.33 |
| 04/15/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 582,975.33 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 585,783.55 | 585,783.55 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 582,975.33 | |
| Subtotal | 585,783.55 | 2,808.22 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 585,783.55 | 2,808.22 | |

Page Subtotals            0.00            584,762.59

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Ver: 22.02c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

Case No: 17-23294 -B
Case Name: KRZYWICKI, JOHN GERARD

Taxpayer ID No: *******0017
For Period Ending: 02/11/20

Trustee Name: John W. Reger
Bank Name: Axos Bank
Account Number / CD #: *******0060 Checking Account

Blanket Bond (per case limit): $ 40,538,028.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/19 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 582,975.33 | | 582,975.33 |
| 08/13/19 | 002001 | Internal Revenue Service | 2017 estate taxes | 2810-000 | | 83.00 | 582,892.33 |
| 08/13/19 | 002002 | Franchise Tax Board | 2018 estate taxes | 2820-000 | | 19,995.00 | 562,897.33 |
| 08/13/19 | 002003 | Internal Revenue Service | estate taxes | 2810-000 | | 39,923.00 | 522,974.33 |
| 10/16/19 | 002004 | Franchise Tax Board | 2018 underpayment | 2820-000 | | 225.78 | 522,748.55 |
| 10/24/19 | 002005 | Ksenzulak, and Lapp | accountant | 3410-000 | | 1,990.00 | 520,758.55 |
| 01/13/20 | 002006 | JOHN GERARD KRZYWICKI 1100 echo rd, #17 REDDING, CA 96002 | back to debto | 8200-000 | | 100,000.00 | 420,758.55 |
| 01/21/20 | 002007 | Michael Dacquisto | Attorney Fees | | | 24,486.25 | 396,272.30 |
| | | | Fees 24,152.50 | 3210-000 | | | |
| | | | Expenses 333.75 | 3220-000 | | | |

COLUMN TOTALS 582,975.33 186,703.03 396,272.30
Less: Bank Transfers/CD's 582,975.33 0.00
Subtotal 0.00 186,703.03
Less: Payments to Debtors 100,000.00
Net 0.00 86,703.03

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8434 | 585,783.55 | 2,808.22 | 0.00 |
| Checking Account - *******0060 | 0.00 | 86,703.03 | 396,272.30 |
| | 585,783.55 | 89,511.25 | 396,272.30 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 582,975.33 186,703.03

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit B

Case No:         17-23294  -B

Case Name:       KRZYWICKI, JOHN GERARD

Taxpayer ID No:  *******0017

For Period Ending:  02/11/20

Trustee Name:              John W. Reger

Bank Name:                 Axos Bank

Account Number / CD #:     *******0060  Checking Account

Blanket Bond (per case limit):   $ 40,538,028.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals          0.00          0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-23294 B
Case Name: KRZYWICKI, JOHN GERARD
Trustee Name: John W. Reger

Balance on hand                                    $            396,272.30

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John W. Reger | $ 12,955.63 | $ 0.00 | $ 12,955.63 |
| Trustee Expenses: John W. Reger | $ 138.25 | $ 0.00 | $ 138.25 |
| Attorney for Trustee Fees: Michael Dacquisto | $ 24,152.50 | $ 24,152.50 | $ 0.00 |
| Attorney for Trustee Expenses: Michael Dacquisto | $ 333.75 | $ 333.75 | $ 0.00 |
| Accountant for Trustee Fees: Ksenzulak, and Lapp | $ 1,990.00 | $ 1,990.00 | $ 0.00 |
| Other: Internal Revenue Service | $ 83.00 | $ 83.00 | $ 0.00 |
| Other: Internal Revenue Service | $ 39,923.00 | $ 39,923.00 | $ 0.00 |
| Other: Franchise Tax Board | $ 19,995.00 | $ 19,995.00 | $ 0.00 |
| Other: Franchise Tax Board | $ 225.78 | $ 225.78 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 284.95 | $ 284.95 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          13,093.88

Remaining Balance                                          $          383,178.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,399.13  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Internal Revenue Service | $ 10,399.13 | $ 0.00 | $ 10,399.13 |

Total to be paid to priority creditors        $ 10,399.13

Remaining Balance        $ 372,779.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,617.03  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Slakey Brothers Inc | $ 2,998.57 | $ 0.00 | $ 2,998.57 |
| 000002 | Discover Bank | $ 8,697.17 | $ 0.00 | $ 8,697.17 |
| 000003 | Charter Media Company | $ 7,949.00 | $ 0.00 | $ 7,949.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB | $ 4,073.02 | $ 0.00 | $ 4,073.02 |
| 000005 | Platt Electric Supply | $ 518.92 | $ 0.00 | $ 518.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | CACH, LLC | $ 25,079.49 | $ 0.00 | $ 25,079.49 |
| 000007 | CACH, LLC C/O Resurgent Capital Services | $ 8,333.36 | $ 0.00 | $ 8,333.36 |
| 000008 | Portfolio Recovery Associates, LLC | $ 8,159.05 | $ 0.00 | $ 8,159.05 |
| 000011A | Internal Revenue Service | $ 2,808.45 | $ 0.00 | $ 2,808.45 |

Total to be paid to timely general unsecured creditors      $ 68,617.03

Remaining Balance      $ 304,162.26

Tardily filed claims of general (unsecured) creditors totaling $ 10,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Eric Krzywicki | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| 0000010 | Eric Krzywicki | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $ 10,000.00

Remaining Balance      $ 294,162.26

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  1.1  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 2,491.29 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.


      The amount of surplus returned to the debtor after payment of all claims and interest is $ 291,670.97 .